UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL WINGATE,

    Plaintiff,

v.                                          Case No:   2:16-cv-551-FtM-99CM

THOMAS LAWRENCE
ENTERPRISES, INC. and
THOMAS LAWRENCE,

    Defendants.
_____

### ORDER

Before the Court is the parties' Joint Motion for Enlargement of Time to Meet and Hold Mandatory Settlement Conference[1] and Incorporated Memorandum of Law (Doc. 16), filed on August 19, 2016. For the reasons set forth below, the parties' motion is granted.

The parties seek an extension of time to hold the Case Management Conference and subsequently file the Case Management Report pursuant to the Related Case Order and Track Two Notice (Doc. 6) issued in this case. Doc. 16. The Court finds good cause to grant the extension. In FLSA cases, however, the Court generally will issue a FLSA Scheduling Order, which may make the Case Management Conference and preparation of the Case Management Report premature. Accordingly, if the FLSA Scheduling Order is issued in this case, those directives will govern. In the

---

[1] The Court notes that the title requests an extension to hold a settlement conference. Doc. 16 at 1. This, however, appears to be a scrivener's error as the requested relief is for an extension of the deadline to hold the Case Management Conference. *Id.*

meantime, the parties shall have up to including October 10, 2016 to conduct the Case Management Conference.

ACCORDINGLY, it is hereby

**ORDERED:**

Joint Motion for Enlargement of Time to Meet and Hold Mandatory Settlement Conference and Incorporated Memorandum of Law (Doc. 16) is **GRANTED**. The parties shall have up to and including October 10, 2016 to hold the Case Management Conference.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of August, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record